UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Cloverleaf Electric, LLC, et al.,[1]

Debtor.
_________________________________/

Case No. 25-50310-TJT
Chapter 11
Jointly Administered
Judge Thomas J. Tucker

Cloverleaf Electric, LLC,

Plaintiff,

v.

United States Small Business Administration; IOU Central, Inc.; RDM Capital Funding, LLC d/b/a FinTap; Headway Capital, LLC; United First, LLC; Baypoint Funding, LLC; Marlin Leasing d/b/a PEAC Solutions,

Adv. Proc. 25-4217-TJT

Defendants.
_________________________________/

**STIPULATED ORDER DISMISSING, WITH PREJUDICE, HEADWAY CAPITAL, LLC,**

This adversary proceeding is before the Court on the stipulation of the Plaintiff and the Defendant Headway Capital, LLC ("Headway") to dismiss Headway from this adversary proceeding (Docket # 42, the "Stipulation"). The

[1] The Debtors in these jointly administered proceedings are: Cloverleaf Electric, LLC; and Shawn Hosner, Case No. 25-50313.

Court has reviewed the Stipulation and other pertinent pleadings, and finds good cause to enter this Order.

IT IS ORDERED that Headway is dismissed, with prejudice, and without costs to either the Plaintiff or Headway.

**Signed on January 5, 2026**

**/s/ Thomas J. Tucker**

**Thomas J. Tucker**
**United States Bankruptcy Judge**